■ In the Matter of CARE FOR LANCASTER et al., Appellants, v TOPS MARKETS, INC., et al., Respondents. [661 NYS2d 582]

—Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Sedita, Jr., J. (Appeal from Judgment of Supreme Court, Erie County, Sedita, Jr., J.—CPLR art 78.) Present—Denman, P. J., Green, Doerr, Balio and Boehm, JJ.